UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-MJ-6204-PAB

UNITED STATES OF AMERICA,

v.

SUTANGA REX CYPRESS,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **NO**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **NO**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **NO**

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? **NO**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

/s/*Latoya C. Brown*
Latoya C. Brown
Assistant United States Attorney
Florida Bar No. 105768
United States Attorney's Office
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Phone: (954) 660-5957
Email: Latoya.Brown2@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY ____SM____ D.C.

Apr 29, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

United States of America )
v. )
SUTANGA REX CYPRESS, ) Case No. 24-MJ-6204-PAB
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 26, 2024,__ in the county of ~~Broward~~ Miami-Dade AM in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 113(a)(1), 1153 | Assault with intent to commit murder |
| 18 U.S.C. §§ 113(a)(3), 1153 | Assault with a dangerous weapon, with intent to do bodily harm |
| 18 U.S.C. §§ 113(a)(6), 1153 | Assault resulting in serious bodily injury |

This criminal complaint is based on these facts:
**SEE ATTACHED AFFIDAVIT.**

☑ Continued on the attached sheet.

*Complainant's signature*

Andreana Morency, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Civ. P. 4.1 via FaceTime.

Date: __04/28/2024__

*Judge's signature*

City and state: __Fort Lauderdale, Florida__   U.S. Magistrate Judge Panayotta Augustin-Birch
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Andreana Morency, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent for the Federal Bureau of Investigation ("FBI") and have been so employed since October 2023. I am currently assigned to the Violent Crimes/Fugitive Task Force in the Miami Division and have been so assigned since April 2024. I received training at the FBI Academy in Quantico, Virginia. As a Special Agent for the FBI, my current duties involve investigating bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. Prior to my employment as a Special Agent with the FBI, I worked as an FBI Evidence Technician from September 2022 to October 2023, where I managed and processed evidence.

2. The information provided in this Affidavit is for the purpose of establishing probable cause in support of a criminal complaint charging SUTANGA REX CYPRESS ("CYPRESS") with offenses committed within Indian Country in violation of Title 18, United States Code, Section 1153(a), including: assault with intent to commit murder in violation of Title 18, United States Code, Section 113(a)(1); assault with a dangerous weapon with intent to do bodily harm in violation of Title 18, United States Code, Section 113(a)(3); and assault resulting in serious bodily injury in violation of Title 18, United States Code, Section 113(a)(6).

3. The statements contained in this Affidavit are based on my personal knowledge, as well as information provided by other individuals, including other law enforcement officials, and my review of records obtained during this investigation. I have not included in this Affidavit every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause for the issuance of an arrest warrant as requested herein.

## PROBABLE CAUSE

4. On April 26, 2024, law enforcement was dispatched to HC 61 Box W-3700 in the Miccosukee Indian Reservation—a territorial jurisdiction of the United States—regarding a shooting. Upon arrival, officers observed a male victim, Victim 1, on the floor with an apparent gunshot wound. Victim 1 stated "I've been shot." Victim 1 was shot in the abdomen. Miccosukee Police Department officers rendered aid before contacting the Miccosukee clinical staff for medical assistance. Given the severity of the injury, Victim 1, who was in critical condition, was then airlifted to the hospital, where he remains in the intensive care unit. CYPRESS was also on scene and detained by responding officers.

5. A witness neighbor ("Witness 1") and his mother ("Witness 2") reported to law enforcement that they had overheard an argument next door and what sounded like a "pop." Witness 1 and Witness 2 saw CYPRESS brandishing a firearm and arguing with Victim 1. Witness 2 then called 911 while Witness 1 began recording the argument on his cellular device. Witness 2 stopped recording when he saw CYPRESS point the weapon toward Victim 1 and fire the weapon. Witness 2 relayed to Witness 1 that "he shot him," which Witness 1 relayed to the police. Witness 2 then heard what sounded like a third gunshot. The phone call to the police was audio recorded.

6. Upon review of the cellphone footage, law enforcement observed CYPRESS brandishing a weapon and waiving it aggressively toward Victim 1. The video stops recording right as CYPRESS points the firearm toward Victim 1.

[THIS SPACE INTENTIONALLY LEFT BLANK]

## CONCLUSION

7. Based on the information provided above, I respectfully submit that there is probable cause for the proposed complaint charging SUTANGA REX CYPRESS with offenses committed in Indian Country in violation of Title 18, United States Code, Section 1153(a), including the offenses listed above.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Andreana Morency, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by FaceTime this <u>28th</u> day of April 2024.

_____
HONORABLE PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE