# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D**  Date: 4/29/2024  Time: 11:00 a.m.

**Defendant:** Sutanga Rex Cypress (J)  **J#:** 12025-511  **Case #:** 24-mj-6204-PAB
**AUSA:** Latoya Brown  **Attorney:** Patrick Wilson, Esq.
**Violation:** ASSUALT WITH INTENT TO COMMIT MURDER; ASSAULT WITH A DANGEROUS WEAPON; ASSAULT RESUTLING IN SERIOUS BODILY INJURY
**Proceeding:** Initial Appearance  **CJA Appt:**
**Bond/PTD Held:** ☐ Yes  ☐ No  **Recommended Bond:** Pretrial Detention
**Bond Set at:**  **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language:** English

**Disposition:**
Defendant present and advised of rights and charges.
Notice of Temporary Appearance filed in open court.

**Court grants Government Ore Tenus Motion for Pretrial Detention Hearing.**
**Court grants Defense Ore Tenus Motion to Continue Pretrial Detention Hearing.**

**Brady Order entered**

**NEXT COURT APPEARANCE**  Date:  Time:  Judge:  Place:
**Report RE Counsel:** 5/3/2024 at 9:00am FTL DUTY
**PTD/Bond Hearing:** 5/3/2024 at 9:00am FTL DUTY
**Prelim/Arraign or Removal:** 5/13/2024 at 12:30pm MIA DUTY
**Status Conference RE:**
**D.A.R.** 11:14:26  **Time in Court:** 15 minutes

**CHECK IF APPLICABLE:** ____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..